IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv013-WHA |
| RETESHIA HARRIS, | ) ) ) |
| Defendant. | ) ) |

### **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #2) entered on February 23, 2006, the court adopts the Recommendation, and it is hereby

ORDERED that, for the reasons stated in the Recommendation, the motion filed by Reteshia Harris on January 3, 2006 (Doc. #1), is DENIED, and this case is DISMISSED for failure to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive 2255 motion.

DONE this 30th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE