IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv013-WHA |
| | ) |
| RETESHIA HARRIS, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Pursuant to the order entered by the court on this day, it is hereby

ORDERED that judgment is entered in favor of the United States of America and against Reteshia Harris.

DONE this 30th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE